**Order filed February 20, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00982-CV
_____

## ELGIN WELLS AND DAVID C. EMMERS, Appellants

## V.

## ZEB F. POINDEXTER, III, Appellee

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2005-70117**

## ORDER

The clerk's record in this appeal was filed February 10, 2014. No reporter's record has been filed. My Thuy Cieslar, the official court reporter for the 190th District Court, informed this court that appellant had not made arrangements for payment for the reporter's record. On November 6, 2013, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we issue the following order:

We **ORDER** appellants to file a brief in this appeal on or before **March 21, 2014**. If appellants do not timely file the brief as ordered, the appeal will be dismissed for want of prosecution.


PER CURIAM